Erik S. Morrison (SBN 222071)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Plaintiff
GENERAL ELECTRIC CAPITAL
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE PASSENGER VESSEL AMERICAN DREAM (Official No. 1021672), her machinery, equipment, engines, appurtenances and cargo, <u>in rem</u>; AQUAMARINE (HAWAII), INC., a California Corporation; AQUAMARINE (KONA), INC., a California Corporation; AQUAMARINE (WAIKIKI), LLC, a California limited liability corporation; and ARTHUR VAN DIGGELEN, an Individual,<br><br>Defendants. | No.: C 07 80091 MISC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE UPON WHICH ARTHUR VAN DIGGELEN IS REQUIRED TO APPEAR TO FURNISH INFORMATION TO AID IN ENFORCEMENT OF MONEY JUDGMENT** |

This Stipulation to continue the date upon which Defendant Arthur Van Diggelen ("**Van Diggelen**") is required to personally appear to furnish information to aid in enforcement of money judgment from Tuesday, August 28, 2007 at 10:00 am to Tuesday, September 25th at 10:00 am (the "**Stipulation**") is entered into by and between Plaintiff General Electric Capital Corporation's ("**GE Capital**"), by and through its counsel of record, and Van Diggelen (together, the "**Parties**") and is based on the following recitals of fact:

## RECITALS

A. On or about July 13, 2007, the United States District Court for the Northern District of California issued an Order to Appear for Examination at the request of GE Capital (the "**Order to Appear**");

B. The Order to Appear requires that Van Diggelen personally appear on Tuesday, August 28, 2007 at 10:00 am in Courtroom G on the 15th Floor of the U.S. District Court located at 450 Golden Gate Ave., San Francisco, CA 94102 to furnish information to aid in enforcement of a money judgment against him.

C. Van Diggelen was personally served with the Order to Appear on July 20, 2007.

D. On or about August 10, 2007, GE Capital propounded Post Judgment Demands for Production of Documents in Aid of Execution, Set One [Nos. 1-35] on Van Diggelen (the "**Document Demands**").

E. Van Diggelen must produced documents responsive to the Document Demands on or before Friday, September 14, 2007.

NOW, THEREFORE, the Parties, stipulate and agree that the date upon which Van Diggelen is required to personally appear and to furnish information to aid in enforcement of a money judgment against him shall be continued from August 28, 2007 to September 25, 2007 at 10:00 am in Courtroom G on the 15th Floor of the U.S. District Court located at 450 Golden Gate Ave., San Francisco, CA 94102.

DATED: August 21, 2007

By: _____
Arthur Van Diggelen

DATED: August 21, 2007

**REED SMITH LLP**

By: _[signature]_
Erik Morrison
Counsel for Plaintiff
General Electric Capital Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case 3:07-mc-80091-WHA    Document 8    Filed 08/27/07    Page 4 of 5

# ORDER

Based on the foregoing Stipulation, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Arthur Van Diggelen shall no longer be required to personally appear on Tuesday, August 28, 2007 at 10:00 am in Courtroom G on the 15th Floor of the U.S. District Court located at 450 Golden Gate Ave., San Francisco, CA 94102 to furnish information to aid in enforcement of a money judgment against him; and

2. Arthur Van Diggelen shall personally appear on Tuesday, September 25, 2007 at 10:00 am in Courtroom G on the 15th Floor of the U.S. District Court located at 450 Golden Gate Ave., San Francisco, CA 94102 to furnish information to aid in enforcement of a money judgment against him.

Dated: August _27_, 2007

_____
Honorable Bernard Zimmerman



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On August 22, 2007, I served the following document(s) by the method indicated below:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE UPON WHICH ARTHUR VAN DIGGELEN IS REQUIRED TO APPEAR TO FURNISH INFORMATION TO AID IN ENFORCEMENT OF MONEY JUDGMENT**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Arthur Van Diggelen
12 Kilkenny Place
Alameda, CA 94502

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 22, 2007, at San Francisco, California.

*Donna Borja*
Donna Borja